

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00707-CR

Julian Lawrence **NAVARRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-12-0325
Honorable Frank Follis, Judge Presiding

**O R D E R**

 The court reporter's notification of late record is NOTED. The reporter's record is due on **February 28, 2014**.

_Karen Angelini_
Karen Angelini, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court